FORM AO-256
REV. 1-82

# CRIMINAL DOCKET - U.S. District Court

**WILLIAMS, THOMAS FRANKLIN, SR.**

| | | |
|---|---|---|
| PO ☐ | .417 - 2 Assigned | WRIT ☐ |
| Misd. ☐ | 1705 Disp./Sentence | JUVENILE ☐ |
| Felony ☒ | District / Off / Judge/Magistr. | ALIAS ☐ |

Case Filed: 02-25 | Yr: 86 | Docket No: 00002 | Def: 11
No. of Def's: 28

Offense: Narcotic Violation

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | GUILTY/NOLO |
|---|---|---|---|
| 21§963 & 960 | Conspiracy to import a schedule I controlled substance **Count 2** | 1 | X |
| 21§952(a), 18§2 | Importation of a schedule I controlled substance and aiding and abetting **Count 3** | 1 | |
| 1 | | | |

SUPERSEDING COUNTS — JURY ☐ N.J. ☒

## II. KEY DATE

- INTERVAL ONE — KEY DATE / EARLIEST OF: arrest / sum'ns / custody / appears-on complaint
- KEY DATE: **02-25-86** APPLICABLE
- END ONE AND/OR BEGIN TWO: ☒ Indictment filed/unsealed; ☐ consent to Magr. trial on complaint; ☐ Information; ☐ Felony-W/waiver
- KEY DATE: **5-20-86** LATEST OF: 1st appears on pending charge /R40; Receive file R20/21; ☒ Supsdg. ☒ Ind ☐ Inf; Order New trial
- KEY DATE: **6-30-86** APPLICABLE
- END INTERVAL TWO: Dismissal; ☒ Pled guilty ☒ After N.G.; Nolo ☐ After nolo; Trial (voir dire) began

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | FINAL CHARGES DISMISSED |
|---|---|---|---|---|---|---|
| 6-4-86 | 6-4-86 NG/J | RE-TRIAL | | | | PTD ☐ Nolle ☐ Pros.; on S.T. grounds ☐ W.P. ☐ WOP; on def motion / on gov't motion |

## III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. |
|---|---|---|---|
| Summons | Issued / Served | | |

Arrest Warrant Issued / COMPLAINT ▶
Date of Arrest / OFFENSE (In Complaint)

INITIAL APPEARANCE DATE ▶
PRELIMINARY EXAMINATION OR REMOVAL HEARING: Date Scheduled ▶ / Date Held ▶
☐ WAIVED  ☐ NOT WAIVED   Tape Number
☐ INTERVENING INDICTMENT

OUTCOME: ☐ DISMISSED; ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT; ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

RULE: 20 / 21 / 40 / In / Out

## IV. ATTORNEYS

U.S. Attorney or Asst.

**JOHN STUART BRUCE**

Defense: 1 ☒ CJA.  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD.  7 ☐ CD

F.C.I.
P.O. Box 1000
Butner, N.C. 27509

(appt) Mr. L. Michael [Dodd]
P.O. Box 17665
Raleigh, N.C. 27619
847-6688

**DEFT. IN FEDERAL CUSTODY**
70 days up 8-13-86

SCANNED

## BAIL • RELEASE

**PRE INDICTMENT**
Release Date: 
Bail Denied ☐
AMOUNT SET: $
Date Set:
☐ Bail Not Made
Date Bond Made:

Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other
☐ Fugitive ☐ Pers. Rec. ☐ PSA

**POST-INDICTMENT**
Release Date:
Bail Denied ☒
AMOUNT SET: $
Date Set:
☐ Bail Not Made
Date Bond Made:

☐ Fugitive ☐ Pers. Rec. ☐ PSA
Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

### FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

☐ Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

| DATE DOCUMENT NO | Yr | Docket No | Det | MASTER DOCKET - MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAGE ___ OF ___ | VI EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|---|---|---|
| | | | | V. PROCEEDINGS | | | | |
| 2-19-86 | | | | **MOTION** TO SEAL INDICTMENT<br>**ORDER** It is hereby ordered that the above captioned indictment be sealed through February 26, 1986. Mag. Denson | | | | |
| 2-25-86 | | | | **MOTION** TO UNSEAL INDICTMENT<br>**ORDER** It is hereby ordered that the above captioned indictment and all motions and orders with respect to its sealing by unsealed and available to the public. Mag. Denson.<br>**INDICTMENT FILED** | | | | |
| 3-4-86 | | | | Request for Warrant to be issued by the U.S. Attorney.<br>**ISSUED WARRANT** Original and one copy of warrant to U.S. Marshal w/certified copy of the indictment for service. 1c U.S. Attorney.<br>**ISSUED NOTICE** deft. set for arraignment on 3/18/86 in New Bern, N.C. at 10:00 A.M. before U.S. Magistrate - 1c U.S. Attorney, 1c Counsel of Record. | | | | |
| 3-12-86 | | | | **FIELD REPORT** Subject arrested by U.S. Customs on 3-6-86. | | | | |
| 3-17-86 | | | | **MOTION(1)** FOR CONTINUANCE AND MODIFICATION OF PRE-TRIAL SCHEDULING ORDER - 1c Judge Dupree. | 3/17/86<br>3/20/86 | E | |
| 3-20-86 | | | | **ORDER** -re: motion to continue trial from 4/21/86 and mod. pre-trial sch. -**motion to cont. is granted and period between 4/21/86 and next reg. sch. trial date is excluded u/18:3161(h)(8) and PRE-TRIAL sch. modified as follows: all voluntary pretrial disc. concluded on or before 4/21/86 all pre-trial motions filed no later than 4/28/86 and responses filed no later than 5/5/86. (Dupree, J) Cr. OB#1, P. 249. 1c: U.S. Atty and counsel of record. (ent. 3/12/86)** | 4-21-86<br>5-19-86 | T | 28 |
| 4-14-86 | | | | **MOTION FOR PROTECTIVE ORDER WITH INCORPORATED MEMORANDUM OF LAW** 1c. Mag. McCotter | | | | |
| 5-1-86 | | | | **RETURN ON WRIT FILED** 2-25-86 - rturn unexecuted - subject not medically well enough to travel. U.S. Marshal SErvice. | | | | |
| 5-2-86 | | | | **AFFIDAVIT AND MOTION FOR HABEAS CORPUS** - set for arrgn. on 5/20/86 **AD PROSEQUENDUM FOR THOMAS FRANKLIN** at New Bern - (Leonard, Mag.) **WILLIAMS, SR., FCI, TALLADEGA, Ala.** Cr. OB#1, P. 261 and **WRIT** cys. U.S. Atty. | | | | |
| 5-6-86 | | | | **ISSUED** NOTICE TO APPEAR -now set for arraignment on Tuesday, May 20, 1986, at 10:30 A.M... in New Bern, N.C. before U.S. Magistrate 1c: U.S. Atty, | | | | |





| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|---|---|---|
| | (Document No.) | (a) \| (b) \| (c) \| (d) |
| 5-16-86 | **ORDER** - re: material turned over to defts. or counsel by govern. assure compliance w/Brady or any order of this court: 1. shall not disseminate such material nor disclose its contents to any other person, execpt employees of defense counsel, prospective witnesses to extent necessary to prepare for their examinations and counsel for non-fugitive co-defts. 2. shall not make copies of said material, except as may be necessary for use by counsel for non-fugitive co-defts. (Dupree, J) Cr. OB#1, P. 270. 1c: U.S. Atty and | |
| 5-20-86 | **ORDER** -re: disclosure of all stms. of any indicted and undicted co-defts. and alleged co-CONSPIRATORS - govern order to disclose stms. of co-conspirators whom the govern. does not intend to call as witnesses. In other respects motion is **DENIED** (Dupree, J) Cr. OB#1, P. 274 1c: U.S. Atty and (ent. 5/20/86) | |
| | **INDICTMENT** SUPERSEDING **FILED** | |
| | **ARRAIGNMENT** at New Bern, deft. not present per Marshal writ issued, deft. not yet arrived in this district. **continued** | |
| | **ORDER** The pre-trial motion for a hearing out of the presence of the presence of the jury as to the admissibility of co-CONSPIRATOR statements is **DENIED**. Judge Dupree, CR OB # 1, p 275 cys. dist. (ent. 5-28-86) ms | |
| 5-22-86 | **ORDER** Upon request of the Government and for good cause shown, the time allowed for the Govt.'s responses to the defts. pre-trial motions is hereby extended to and including May 21, 1986. Judge Dupree, CR OB # 1, p 277 cys. dist. (ent. 5-28-86) ms | |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|------------------------|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 5-23-86 | **ORDER** Defendants having informed the court that they wish to withdraw their motion for discovery inspection and copying of statements of indicted and un-indicted co-conspirators, the courts order of May 20, 1986 partially granting this motion will be rescinded. Judge Dupree, CR OB # 1, p 278 cys. dist. (ent. 5-28-86) ms | | | | |
| 5-28-86 | **ISSUED NOTICE** - set for arrgn. on 6/4/86 at 10:30 at Raleigh before Mag. Leonard. lc: U.S. Atty. | | | | |
| 6-2-86 | **ORDER** The court concludes that the interest of the other defendants and the govt. warrant a continuance of the action. Furthermore, the trial of this action is scheduled to take up to three weeks, and the court has several outside commitments during the month of June which would require interrupting the trial and possibly extending it beyond the July 7 date. Therefore for the reasons set out herein, it is now Ordered that the trial of this case presently scheduled to commence on June 9, 1986 be continued to the court's July 7, 1986 calendar. For the reasons stated in deft. written motion it is further ordered that such period of delay necessitated by this continuance is excludable under the provisions of 18 U.S.C., § 3161(h)(8)(A) for the reason that in this cause the interests of justice which would be served by the granting of this continuance out-weigh the best interests of the public and the defendants in a speedy trial. Judge DUpree, CR OB # 1, p 284 cys. dist. (ent. 6-3-86) ms | | | | |
| 6-4-86 | **ARRAIGNMENT** Deft. w/out counsel, advised of all rts., charges and penalities. CJA filled out and approved. Plea of NG/J ent. by the Court. | | | | |
| 6-4-86 | **APPOINTMENT OF COURT APPOINTED COUNSEL** - L. Michael Dodd, P. O. Box 17665, Raleigh, N.C. 27619 jp | | | | |
| 6-16-86 | ISSUED NOTICE deft. set for Jury Trial on Monday, July 7, 1986 at 10:00 A.M. in Raleigh, N.C. before Judge Dupree, cys. dist. | | | | |

AO 256A

UNITED STATES DISTRICT COURT  
CRIMINAL DOCKET   U. S. vs  
WILLIAMS, THOMAS FRANKLIN SR.

86-2-11-CR-2  
Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|---|---|---|
| | (Document No.) | (a) \| (b) \| (c) \| (d) |
| 6-28-86 | ISSUED NOTICE — set for motion hearing on 6-30-86 at 10 A.M. in Raleigh before Judge Dupree. 1c: Judge Dupree, U.S. Atty., U.S. Marshal, U.S. Prob., Attorney of record, Joyce Todd, & Court Reporter | |
| 6-24-86 | NOTICE OF FED. R. EVID. 404(b) EVIDENCE w/cs. — 1c: Judge Dupree | |
| 6-30-86 | MOTION TO TRANSFER DEFT. TO MEDICAL FACILITY w/cs John Bruce, 1c Judge Dupree. | |
| | at Raleigh, N.C. - Court Reporter - Jo Bush  CHANGE OF PLEA  Evidence Summarized  Rule 11 conducted  Plea of Guilty to Count 2  Cannot withdraw plea  Factual basis  Plea Freely and voluntary  Plea accepted  **Bond: Denied**  **SENTENCING:** to be set  MEMORANDUM OF PLEA AGREEMENT - 1c U.S. Atty., 1c Probation, 1c Counsel of Record, 1c Judge Dupree. | |
| 7-11-86 | ORDER That deft. be transferred pending sentencing from the Nash County Jail to the Federal Correctional Center at Butner, North Carolina or some other appropriate correctional facility where his cancer of the urinary tract and other medical needs can be adequately attended to. Judge Dupree, CR OB # 1, p 312 cys. dist. (ent. 7-17-86) ms | |
| 9-17-86 | ISSUED NOTICE Deft. set for sentencing on Tuesday, September 30, 1986 at 9:30 A.M. before Judge Dupree, cys. dist.  MAILED SENTENCING SCHEDULE INDICATING TIMES AND DATES OF INDIVIDUAL CASES. | |
| 9/29/86 | SENTENCING MEMORANDUM by the U. S. Attorney's Office; cs; cy to Judge Dupree | |
| 9-30-86 | ORDER FOR DISMISSAL - For the reason that the deft. wishes to withdraw his guilty plea and the Govt. at this point deems it in the public interest to defer to state prosecution rather than try the defendant separately. Judge Dupree, CR OB # 1, p. 338 (ent. 10-8-86) ms | |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 10-31-86 | **ORDER** FOR DISMISSAL- For the reason that s superseding indictment was filed with the court on May 20, 1986. Leave of court is granted for the filing of the foregoing dismissal. Judge Dupree, CR OB # 2, p 30 cys. dist. (ent. 11-13-86) ms | | | | |
| 11-5-86 | **ORDER** It is ordered that the following items admitted into evidence during the trial of the above captioned case be release by the Clerk, U.S. District Court, into the custody of N.C.S.B.I., Special Agent William L. Slaughter for use in Hyde County, N.C. Superior Court, in the trial of State of North Carolina vs. Benny Diaz, Commencing November 10, 1986. It is further ordered that upon completion of said trial, these items of evidence be returned to custody of the Clerk of the U.S. District Court. Judge Dupree, CR OB # 2, p 29 cys. dist. (ent. 11-13-86) ms. | | | | |
| 7/14/86 | **MARSHAL RETURN ON WRIT**-def't ret'd to FCI Butner on 7/14/86; Larry Rector, DUSM by Roger Mulles | | | | |
| 2-10-87 | **RETURN ON WARRANT** - warrant returned unexecuted per Order for Dismissal dated 9-30-86. | | | | |